IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARELLE FORTNER, #268847,            )
                                     )
          Plaintiff,                 )
v.                                   )     CASE NO. 2:12-cv-721-MEF
                                     )
GARY HETZEL, *et al.,*               )
                                     )
          Defendants.                )

# O R D E R

On October 11, 2012, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for plaintiff's failures to comply with the orders of this court and to prosecute this action.

DONE this the 8th day of November, 2012.

                        _____/s/ Mark E. Fuller_____
                        UNITED STATES DISTRICT JUDGE